UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

212 BOX, LLC and ERIC CLOUGH

Plaintiff,

-v-

ERIK L'HEUREUX

Defendant.

---

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

212 Box, LLC _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** August 5, 2008

**Signature of Attorney**

**Attorney Bar Code:** RD7508

Form Rule7_1.pdf  SDNY Web 10/2007