

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
212 BOX, LLC and ERIC CLOUGH

                Case No. 08 CIV 7006

V.                 AFFIDAVIT OF SERVICE

ERIK L'HEUREUX,

------------------------------------------------------X
STATE OF NEW YORK   )
            S.S.
COUNTY OF NEW YORK  )

        TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 14th day of August, 2008, at approximately the time of 6:00pm, deponent attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT AND JURY DEMAND, INDIVIDUAL PRACTICES OF JUDGE SAND, INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon ERIK L'HEUREUX at 214 Clinton Street, Apartment 4E, Brooklyn, NY but there was no answer to the doorbell. Erik L'Heureux's name was on the bell.

        That on the 16th day of August, 2008, at approximately the time of 9:15am, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT AND JURY DEMAND, INDIVIDUAL PRACTICES OF JUDGE SAND, INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon ERIK L'HEUREUX at 214 Clinton Street, Apartment 4E, Brooklyn, NY but there was no answer to the doorbell.

        That on the 18th day of August, 2008, at approximately the time of 3:40pm, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT AND JURY DEMAND, INDIVIDUAL PRACTICES OF JUDGE SAND, INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon ERIK L'HEUREUX at 214

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Clinton Street, Apartment 4E, Brooklyn, NY but there was no answer to the doorbell or knocks at the door.

That on the 19th day of August, 2008, at approximately the time of 8:10pm, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT AND JURY DEMAND, INDIVIDUAL PRACTICES OF JUDGE SAND, INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon ERIK L'HEUREUX at 214 Clinton Street, Apartment 4E, Brooklyn, NY but there was no answer to the doorbell or knocks at the door.

That on the 20th day of August, 2008, at approximately the time of 11:45am, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT AND JURY DEMAND, INDIVIDUAL PRACTICES OF JUDGE SAND, INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon ERIK L'HEUREUX at 214 Clinton Street, Apartment 4E, Brooklyn, NY but there was no answer to the doorbell or knocks at the door.

At that time, therefore, deponent served a true copy of the foregoing papers upon ERIK L'HEUREUX by firmly affixing same conspicuously on the front door at that address, the actual place of residence.

That on the 21st day of August, 2008, deponent served a true copy of the SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT AND JURY DEMAND, INDIVIDUAL PRACTICES OF JUDGE SAND, INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon ERIK L'HEUREUX by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

ERIK L'HEUREUX
214 Clinton Street
Apartment 4E
Brooklyn, NY 11201

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
29th day of August, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com